# Exhibit B

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

Reg. No. 2,744,100

**United States Patent and Trademark Office**  Registered July 29, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## NORTHWEST AIRLINES WORLDGATEWAY

NORTHWEST AIRLINES, INC. (MINNESOTA CORPORATION)
5101 NORTHWEST DRIVE DEPT. A1180
ST. PAUL, MN 551113034

FOR: AIRPORT TERMINAL SERVICES, NAMELY, MAKING TRANSPORTATION RESERVATIONS, BAGGAGE AND CARGO HANDLING SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 11-26-2001; IN COMMERCE 11-26-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

SN 76-327,833, FILED 10-18-2001.

KEVON CHISOLM, EXAMINING ATTORNEY