# Exhibit C

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,646,848
Registered Nov. 5, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## NORTHWEST AIRLINES WORLDPERKS MALL

NORTHWEST AIRLINES, INC. (MINNESOTA CORPORATION)
5101 NORTHWEST DRIVE
ST. PAUL, MN 551113034

FOR: INCENTIVE AWARD PROGRAMS, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY AWARDING FREQUENT FLYER MILES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-15-2000; IN COMMERCE 12-15-2000.

OWNER OF U.S. REG. NOS. 2,147,896, 2,302,817, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

SN 76-183,828, FILED 12-20-2000.

KEVON CHISOLM, EXAMINING ATTORNEY