# Exhibit D

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

## United States Patent and Trademark Office

Reg. No. 2,425,286

Registered Jan. 30, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

# NORTHWEST AIRLINES WORLDVACATIONS

NORTHWEST AIRLINES, INC. (MINNESOTA COR-
PORATION)
5101 NORTHWEST DRIVE
ST. PAUL, MN 551113034

FOR: TRAVEL AGENCY SERVICES, NAMELY,
MAKING RESERVATIONS AND BOOKINGS TRANS-
PORTATION; ARRANGING OF TRAVEL TOURS, IN
CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 9–4–1998; IN COMMERCE 9–4–1998.

OWNER OF U.S. REG. NOS. 841,037, 2,264,931
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "AIRLINES", APART FROM THE MARK
AS SHOWN.

SER. NO. 75–937,760, FILED 3–7–2000.

JEFFREY S. MOLINOFF, EXAMINING ATTORNEY