# Exhibit E

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**

Reg. No. 2,462,142
Registered June 19, 2001

## SERVICE MARK
## PRINCIPAL REGISTER



NORTHWEST AIRLINES, INC. (MINNESOTA CORPORATION)
5101 NORTHWEST DRIVE
ST. PAUL, MN 551113034

FOR: AIR TRANSPORTATION RESERVATION SERVICES, IN CLASS 39 (U.S. CLS 100 AND 105).

FIRST USE 10-1-1998; IN COMMERCE 10-1-1998.

OWNER OF U.S. REG. NOS. 1,590,191, 1,721,791, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

THE MARK IS LINE FOR THE COLOR RED.

SN 75-516,766, FILED 7-10-1998.

KEVON CHISOLM, EXAMINING ATTORNEY