# Exhibit F

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

United States Patent and Trademark Office

Reg. No. 2,480,325
Registered Aug. 21, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## NORTHWEST AIRLINES VOICELINK

NORTHWEST AIRLINES, INC. (MINNESOTA CORPORATION)
5101 NORTHWEST DRIVE
ST. PAUL, MN 551113034

FOR: AIR TRANSPORTATION RESERVATION SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 10-1-1998; IN COMMERCE 10-1-1998.

OWNER OF U.S. REG. NOS. 1,616,090, 1,718,838, AND 1,721,791.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

SN 75-516,765, FILED 7-10-1998.

KEVON CHISOLM, EXAMINING ATTORNEY