# Exhibit G

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

Reg. No. 2,250,398

**United States Patent and Trademark Office**     Registered June 1, 1999

## SERVICE MARK
## PRINCIPAL REGISTER

# NORTHWEST AIRLINES EVERY DAY DEALS

NORTHWEST AIRLINES, INC. (MINNESOTA CORPORATION)
5101 NORTHWEST DRIVE
ST. PAUL, MN 551113034

FOR: AIR TRANSPORTATION SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 9-8-1997; IN COMMERCE 9-8-1997.

SN 75-343,454, FILED 8-19-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY