# Exhibit H

Int. Cl.: 39

Prior U.S. Cl.: 105

**United States Patent and Trademark Office** Reg. No. 1,718,838
Registered Sep. 22, 1992

## SERVICE MARK
### PRINCIPAL REGISTER

## NORTHWEST AIRLINES

NORTHWEST AIRLINES, INC. (MINNESOTA CORPORATION)
2700 LONE OAK PARKWAY
EAGEN, MN 55121

FOR: AIR TRANSPORTATION SERVICES, IN CLASS 39 (U.S. CL. 105).
FIRST USE 10-1-1926; IN COMMERCE 10-1-1926.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES", APART FROM THE MARK AS SHOWN.

SER. NO. 74-235,025, FILED 1-2-1992.

CHRISIE B. KING, EXAMINING ATTORNEY