# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Northwest Airlines, Inc., ) | |
| ) | |
| ) | **ORDER GRANTING MOTIONS FOR** |
| Plaintiff, ) | **ADMISSION PRO HAC VICE** |
| ) | |
| vs. ) | |
| ) | |
| Michael Bauer, ) | Case No. 1:06-cv-098 |
| ) | |
| Defendant. ) | |

Before the court are the plaintiff's motions for attorneys Rita O'Keeffe and Jeffrey A. Eyres appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), both attorneys have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the clerk. Accordingly, the plaintiffs' motions (Docket Nos. 7 and 9) are **GRANTED**. Attorneys Rita O'Keeffe and Jeffrey A. Eyres are admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 15th day of December, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge