**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Northwest Airlines, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:06-cv-098 |
| Michael Bauer and Laura Bauer, | ) | |
| | ) | |
| Defendants. | ) | |

On January 19, 2007, the parties filed a stipulation for an extension of time to answer the complaint. The court **ADOPTS** the parties stipulation (Docket No. 27) and orders that the defendant shall have until January 31, 2007, to file an answer or otherwise respond to the plaintiff's complaint.

Dated this 22nd day of January, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1