**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Northwest Airlines, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **PROTECTIVE ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Bauer and Laura Bauer, | ) | Case No. 1:06-cv-098 |
| | ) | |
| Defendants. | ) | |

_____

On May 10, 2007, the parties filed a Stipulation for Protective Order to ensure the confidentiality of certain documents and testimony. The court **ADOPTS** the parties stipulation and **ORDERS** that all parties to the above-entitled action, through their respective counsel, shall be subject to a Protective Order issued pursuant to the terms set forth in the Stipulation for Protective Order (Docket No. 35).

**IT IS SO ORDERED.**

Dated this 14th day of May, 2007.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge