**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Northwest Airlines, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Bauer and Laura Bauer, | ) | Case No. 1:06-cv-098 |
| | ) | |
| Defendants. | ) | |

On September 7, 2007, the parties filed a pleading entitled "Consent Judgment and Permanent Injunction." The parties have informed the Court that they have reached an agreement as to the resolution of this matter and have consented to the entry of a consent judgment and permanent injunction. The parties have agreed that the consent judgment and permanent injunction result in a final adjudication on the merits.

In accordance with the "Consent Judgment and Permanent Injunction" (Docket No. 37), the Court **ORDERS** that the Defendants, their agents, successors, assignees, principals, employees, attorneys and representatives are permanently enjoined from engaging in, committing or performing, directly and indirectly, any and all of the following acts:

A) directly or indirectly creating, purchasing, unlawfully accepting and selling Northwest's e-Certificate; directly or indirectly operating a website with the domain name www.northwestdiscountcoupons.com and/or any domain name confusingly similar thereto which is likely to confuse consumers and lead them into believing that Defendants' services are sponsored by, affiliated with or otherwise endorsed in any manner by Northwest; and

B) directly or indirectly making any use of Northwest's NORTHWEST mark and/or any

terms confusingly similar thereto, which is likely to confuse consumers and lead them into believing that Defendants' services are sponsored by, affiliated with or otherwise endorsed in any way by Northwest.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2007.

>*/s/  Daniel L. Hovland*
>Daniel L. Hovland, Chief Judge
>United States District Court